HOGAN HULET PLLC
KENNETH HOGAN
Nevada Bar No. 10083
Email: ken@h2legal.com
JEFFREY HULET
Nevada Bar No. 10621
Email: jeff@h2legal.com
10501 W Gowan Rd Suite 260
Las Vegas, NV  89129
Tel/Fax: (702) 800-5482
*Attorneys for Plaintiff TRPN Direct Pay Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TRPN DIRECT PAY INC.

                                    Plaintiffs,

vs.

ZELIS NETWORK SOLUTIONS, LLC;
KIMBERLY SHARBATZ; FOLANA
HOUSTON and DOES 1-100,

                                    Defendants.

CASE NO. 2:26-cv-00346-JCM-NJK

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO KIMBERLY SHARBATZ AND FOLANA HOUSTON'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES (ECF NO. 15); AND FOR DEFENDANTS TO FILE REPLY IN SUPPORT**

**(First Request)**

Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1(c), Plaintiff TRPN Direct Pay, Inc. ("Plaintiff") and Defendants Zelis Network Solutions, LLC, Kimberly Sharbatz, and Folana Houston ("Defendants"), by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE as follows:

(1) Plaintiff shall have through June 15, 2026, to file an opposition to Kimberly Sharbatz and Folana Houston's Motion to Dismiss Plaintiff's Amended Complaint and Incorporated Memorandum of Points and Authorities Motion (ECF No. 15) (the "Motion") filed on May 21, 2026. Plaintiff's opposition is currently due June 4, 2026.

(2) Defendants Ms. Sharbatz and Ms. Houston shall have through July 2, 2026, to file a reply brief in support of the subject Motion.

This is the parties' first stipulation for extension of time for Plaintiff to file its opposition to

the Motion, and for Defendants Ms. Sharbatz and Ms. Houston to file their reply in support of the Motion. In accordance with LR IA 6-1(a), the reason for the extension is the travel schedule of Plaintiff's counsel and the trial schedule of Defendants' counsel. There have been no previous extensions of the deadlines set forth herein.

The parties have entered into this stipulation in good faith and not for the purposes of delay.

Dated this 2nd day of June 2026.

| HOGAN HULET PLLC | BOWMAN AND BROOKE LLP |
|---|---|
| /s/ Jeffrey Hulet, Esq. | /s/ Benjamin Anderson, Esq. |
| KENNETH HOGAN, ESQ.<br>Nevada Bar No. 10083<br>JEFFREY HULET, ESQ.<br>Nevada Bar No. 10621<br>*Attorneys for Plaintiff* | Eric D. Olson, Esq. (*pro hac vice pending*)<br>Benjamin A. Anderson, Esq. (*admitted pro hac vice*)<br>Jacqueline R. Brant, Esq. (*admitted pro hac vice*)<br><br>MARIO D. VALENCIA, ESQ.<br>Nevada Bar No. 6154<br><br>*Attorneys for Defendants*<br>*Zelis Network Solutions, LLC, Kimberly Sharbatz, and Folana Houston* |

## **ORDER**

IT IS SO ORDERED.

_____
United States District Judge

Dated: _____June 4, 2026_____

2 of 2