Eric D. Olson (*Pro Hac Vice*)
Benjamin A. Anderson (*Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55402
Telephone: (612) 339-8682
eric.olson@bowmanandbrooke.com
ben.anderson@bowmanandbrooke.com

Mario D. Valencia (SBN: 6154)
**MARIO D. VALENCIA, ATTORNEY AT LAW, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
Telephone: (702) 384-7494
valencia.mario@gmail.com

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRPN DIRECT PAY INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZELIS NETWORK SOLUTIONS, LLC; KIMBERLY SHARBATZ; FOLANA HOUSTON AND DOES 1-100,<br><br>Defendants. | Case No. 2:26-cv-00346-JCM-NJK<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that attorney Jacqueline R. Brant hereby withdraws as attorney of record for Defendants Zelis Network Solutions, LLC, Kimberly Sharbatz, and Folana Houston. Ms. Brant has departed Bowman and Brooke LLP and is thereby no longer associated with this matter and should be removed from the service list. Defendants remain represented by Eric Olson, Benjamin Anderson, and Mario D. Valencia. All future filings, correspondence, and other documents in this

//

//

//

matter should be directed to Mr. Olson, Mr. Anderson, and Mr. Valencia.

Dated: September 28, 2026.

Respectfully submitted,

By: /s/ *Eric D. Olson*
Eric D. Olson (*Pro Hac Vice*)
Benjamin A. Anderson (*Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55402
(612) 339-8682

Mario D. Valencia (SBN 6154)
**Mario D. Valencia, Attorney at Law, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
(702) 384-7494

*Attorneys for Defendants*

IT IS SO ORDERED.
Dated: September 28, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge